Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island ▾

|  |  |
|---|---|
| ) | Case No. _____ |
| Marcus B. Diggs Jr Pro se ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| et AL ) | |
| CVS' Anthony Triola employee ) | RECEIVED |
| *Defendant(s)* ) | FEB 0 2 2024 |
| *(Write the full name of each defendant who is being sued. If the* ) | U.S. DISTRICT COURT |
| *names of all the defendants cannot fit in the space above, please* ) | DISTRICT OF R.I. |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Marcus B. Diggs Jr Pro se |
| Street Address | Intake service center- G-mod 103B |
| City and County | P. o Box  8249 |
| State and Zip Code | Cranston Ri  02920 |
| Telephone Number | _____ |
| E-mail Address | _____ |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | CvS incorporated et al |
| Job or Title *(if known)* | Corporation |
| Street Address | 1cvs Drive |
| City and County | woonsocket Ri O2895 |
| State and Zip Code | O2895 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Cvs Employee - Anthony faiola et al |
| Job or Title *(if known)* | Employee |
| Street Address | 1 cvs Drive |
| City and County | woonsocket Ri O2895 |
| State and Zip Code | O2895 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 4th Amendment. State and federal right Against false Imprisionment, R.I.G.L 11-41-21, R.I.G.L 11-41-20. Abuse of Process, common-Law false Imprisionment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

  a.    If the plaintiff is an individual
       The plaintiff,  *(name)* _____, is a citizen of the
       State of *(name)* _____.

  b.    If the plaintiff is a corporation
       The plaintiff,  *(name)* _____, is incorporated
       under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)*
       _____.

       *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

  a.    If the defendant is an individual
       The defendant,  *(name)* Anthony Faiola CR8, is a citizen of
       the State of *(name)* United States. Or is a citizen of
       *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* CVS incorporated , is incorporated under

the laws of the State of *(name)* Rhode Island , and has its

principal place of business in the State of *(name)* Rhode Island .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* CVS incorporated .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

FALSE imprisonment, mental & emotional Anguish

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Complaint

On 10-12-2023 CVS et AL Anthony Fiala employee of CVS called the Johnston Police Dept and alleged that I marcus B. Diggs did stole merchadise from CVS at 26 Putnam Pike Johnston Ri. officer matthew D. Leresque responded to the location and filed a hand-written statement (Attached to Complaint) Continued ➔

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      _Jan 22 2024_

Signature of Plaintiff      _Marcus Diggs_
Printed Name of Plaintiff   _Marcus R. Diggs Jr Prose_

### B.      For Attorneys

Date of signing:      _____

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Street Address             _____
State and Zip Code         _____
Telephone Number           _____
E-mail Address             _____

1 –18

United States District Court
District of Rhode Island

Docket _____

Plaintiff,

Marcus B. Diggs dr Prose

RECEIVED
FEB 02 2024
U.S. DISTRICT COURT
DISTRICT OF R.I.

V.

Anthony Fiada, CVS
Employee

42 U.S.C.A. 1983 Complaint
Civil rights violation
false imprisonment, Slander

Complaint - Continued    / Police report of
                                            witness
Travel of the case / officers Loresque statement

Continued → written witness statement avedging, that

on "october 9th, 2023 at crand 4:20 pm Searcity

Camera footage showed a Black-male enter

the store "and" went down the cosmetic  →

Aisle "And" Placed a large Quantity of Cosmetic items into his cart. He then Proceeded to walk PAST All points of Purchase, "and" exited the store. I was working that day and witnessed the above incident. The items totaled About $ 1,185.00 dollars, "after" the Stock was "re-counted", the male Party then left on a Bicycle. On Behalf of CVS I would like to Process Complaint"

The Johnston Police Dept witness statement was written on "10-12-2023" And Signed by Johnston Police "and" employee →

3 +8

Anthony Faiola At: CVS 26 Putnam Pike

Johnston R.

Anthony Faiola told officer

"matthew D. Levesque" the following on

"10-12-2023" → On 10-12-2023 At Approxi-

-mately 1615 hours. I, responded to 26 Putnam

Pike (CVS pharmacy) in reference to the

"report of A shoplifting complaint" upon my

Arrival I, officer "Levesque spoke" to one of

the store employees, identified as "Anthony

Faiola" "who stated" that on → "10-9-2023"

(3 day lapse)? At 1620 hours he "observed"

a "black male" customer enter the store

and proceed into the Cosmetic Aisle →

4-6

Mr. Faiola then stated: the male party then (not observed) put multiple items, totaling 1,185.31, into his cart "and" proceed out of the store passing all points of purchase. Mr. Faiola stated he did not attempt to make contact with said male, (or call police) However, he responded into the staff office "to review" the interior security camera footage. Mr. Faiola added: that the "interior security camera's were "unable" to capture said male place the "items" into the shopping cart, but captured a "still" "image of the "individual" entering the" "store". Said image was later uploaded to this report, (attached. Mr. Faiola →

S - 18

then stated he "observed" the male

Party, leave on a Bicycle in a unknown

Direction.

"while on scene", mr. faiola provided me

"officer Levesque" a copy of an itemized

reciept (23-2261-Pc) of the merchandise

stolen, Said items were Accumulated"

(After "inventory" of the remaining items)

did not match the register sales. mr.

faiola completed a "handwritten" witness

statement which was later Property tagged

As evidence (23-2260-Pc) mr. faiola

stated that "on behalf of cvs Pharmacy",

"He" wishes to Pursue criminal Complaint

6-18

On the request of "CVS" and on the Basis of the Direct Statement of "CVS Employee" Acting on Behalf of CVS "requested to" "Pursue Criminal Complaint" Against the Plaintiff, the Johnston Police Dept. Accordingly filed A "formal" Police report and A formal Johnston Police Dept Criminal investigation was began by the following officers:

① Detective Matthew Rado Applied for "Affidavit" warrant for my Arrest

② officer matthew D Levesque responding Patrol officer

Detective matthew Rado Applied for and obtained An "(Arrest warrant)" for my Arrest on "october 19th 2023," And

→

7-18

drafted Said "Affidavit Arrest-warrant on
the sole basis of "omitted" portion(s) of
officer "Levesques" official report to
Johnston Police Dept. And Entirely omitted
the "whole" of Cvs employee Anthony
Fiola's Handwritten "Alledged" witness
Statement, thereby Compelling → to
Ensure that "Process" would issue i.e. A
warrant for my Arrest, Effected on
"November 7th 2023".

Cvs Inc- Anthony Fiola
The defendant(s) individually And or
Collectively in violation of my

→

8 -18

## "Civil right Against:"

1. Arrest without Probable cause!

2. False imprisionment.

3. Civil Assault, Civil Battery.

4. filing A false wittness statement

5. filing A false Police report

6. Causing Criminal complaint to "unlawfully" issue. → Abuse of Process - malicious Prosecution

7. Causing (Cause of Action A warrant to be issued - resulting in my false Arrest & false imprisionment

8. Causing my Probation to be violated 32f without Bail from Nov 8th 2023.

Held

9 -18

"The defendant(s) are the Approximate
Cause of Action for the "egregious violation"
of my state and civil rights "and "
Commonlaw right(s) AGAINST the Above
enumerated Civil right(s) violation(s) under
"42 USCA 1983, As stated: 1-8 inclusive
Above.      the Plantiff States with
out "Arguing "that Rhode Island
Statutory and Prior "Decesional Law"
was and is well established, that
"A Shop Keeper must "observe "and
(not merely) "Believe "that a
Shop lifting occured. The
Plantiff Humbly Cites     →

10/18

823 A2d 1157

Coz v. Johnson and Rhode Islands shoplifting statute and states that both officer Levesque "and" CVS Inc. Anthony Fiola knew that the Plaintiff had was never observed shoplifting (see: officer matthew Levesque's) official report, yet CVS Inc. Anthony Fiola Acting on behalf of CVS Signed A self composed hand written statement As to (3th) events:

① searity camera footage on oct 9th 2023 "Showed" the following:

② "A" Black male entering the store

→

16-18

③ "and went down the cosmetic Aisle

And ¬

Placed a large Quanity of cosmetics into his Cart.

There is "Direct evidence" by and thrugh self Admission from "Cvs Inc".

Anthony faiola, that Employee faiola

Admitted to the following "After"

Both he/cvs and officer Laresque

Signed the witness statement, Admitted

to officer Laresque / Johnston Police.

Dept, the following:

① That He never Physically,

Personally Observed a shoplifting

→

12 → 18

② That he knew that CVS internal Security camera's did not capture Anyone Placing Cosmetics into A shopping cart.

③ That mr. Faiola-Cvs Inc. verbally told officer Lawrence He observed (two things)

    Ⓐ "A Black male entering the CVS foyer Area.

    Ⓑ "A Black male parts Leave on A Bike in A unknown direction

in Spite of A total lack of personal and security camera footage observation, CVS Inc Authony Faiola

13 -0

Still Chose to "Press Criminal Charges" - on behalf of "CVS Inc", So Authorized to so do as an Employee/Agent of CVS Inc. I, Marcus B. Diggs Jr Rose state that my federal Civil rights, State civil and common-law rights were "egregiously Abridged" as is self evident from All facts taken together that is the Johnston Police report Dated: 10-12-2023, Anthony Fiola's handwritten statement also Dated: 10-12-2023, and the Affidavit for my Arrest by Affiant Det matthew Rado which was "again" omitted of Highly exculpatory evidence to wit: Portions of the Police report / Entirely omitted handwritten statement Again omitted Highly→

14 fa

Exculpatory evidence to compell Process. I, marcus B. Diggs state that (cvs Inc.) is the moving of actor Cause and has caused me extreme suffering! Violated my Probation. Caused me to be held without Bail. But for cvs Inc Pressing charges A complaint (wor)A warrant would have been Sought cvs observed nothing! in the way of criminal Activity on my behalf to Press charges Against me. I was Arrested At my House in worth →

5-10

Providence 450 woonasquatucket
Ave. Apt 4 on the basis of that
warrant.

(A) NIC# W453472864
(B) warrant Johnston 23-161 WA
(C) Arrest Johnston 23-502-Ar
(D) call  Johnston 23-28523
(E) incident Johnston 23-1429 - of

I was Assaulted and Battered but
by CVS Inc. causing my Arrest, Stripped
of All my dignity, self-worth,
demoralized and Slandered in A Public
Court of law.

I was Put in Jail, the ACI intake
Service center as A Habitual Shop lifter)
because of the Actions of CVS. Inc

My Pain & suffering from the
Actions of CVS Inc Are →

16 - 18

egregiously unparalleled And conscious shocking, knowing that A Black male (Aur) Just entering A store in a predominately white neighborhood could and would be Profiled As "thief" And "suspicious" Person of interest without ever having been "observed" to have done anything overtly wrong.

I, Marcus B. DeBose Jr Proge' Am Asking that I be Awarded 5 million _____ Dollars to the tune of (the egregious Actions) of CVS Inc. And Exemplary Damages

① one million — False imprisonment
② one million — Assault & Battery
③ one million — Slander - Slander
④ one million — Public embarrassment.
           Racial Profiling
⑤ one million — intentional infliction of
           Pain, Suffering, mental
           Anguish, and Exemplary damages

I, Marcus B. Diess Jr Pro se, do

reserve the right to Amend the Above

Complaint with and by Leave of this

Honorable Court.   I, further file An

Additional Affidavit In support of my

Complaint & requested Damages here

with the original Complaint.

→

23

Also I have submitted a certificate of service to CVS Inc sent first class mail. And have filed A "Record Appendix" of evidence in support of my claim I ask this Honorable court to kindly excuse any writings on the Handwritten statement by CVS, and the Johnston police report and the Affidavit of Det. matthew Rado Arrest warrant.

Respectfully Submitted,

Jan 12 2024

Marcus Diggs

Marcus B. Diggs Jr Prose